### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHARION COBBINS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM KSDC, LLC, )<br>)<br>Defendant. )<br>) | Case No. 2:17-cv-02621 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant hereby stipulate that this action be dismissed, with prejudice, each party to bear her or its own costs.

Dated: March 30, 2018

Respectfully submitted,

| | |
|---|---|
| *s/ Stephen C. Thornberry* | */s/ Daniel B. Boatright* |
| Stephen C. Thornberry, KS#17494 | Daniel B. Boatright, KS #15298 |
| Randall W. Brown, KS#17905 | Alyssa M. Sediqzad, KS#27258 |
| THORNBERRY BROWN, LLC | LITTLER MENDELSON, P.C. |
| 4550 Main Street, Suite 205 | 1201 Walnut Street, Suite 1450 |
| Kansas City, Missouri 64111 | Kansas City, MO 64106 |
| Telephone: (816) 531-8383 | Telephone: (816) 627-4401 |
| Facsimile: (816) 531-8385 | Facsimile: (816) 627-4444 |
| steve@ThornberryBrown.com | dboatright@littler.com |
| randy@ThornberryBrown.com | asediqzad@littler.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |